UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA, PENNSYLVANIA

| | |
|---|---|
| Victor Mocanu,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Robert Mueller, et al.,<br>　　　　　Respondents. | Civil Action No. 07-0445<br><br>F I L E D<br>MAR 2 0 2008<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

**VOLUNTARY STIPULATION OF DISMISSAL**

Plaintiff, by his attorney, David Kaplan, and Respondents by their attorney, Patrick L. Meehan, U.S. Attorney, and Colin M. Cherico, Assistant U.S. Attorney, agree and stipulate to dismiss this action under Rule 41(a)(1) of the Federal Rules of Civil Procedure. The case has become moot because Mr. Mocanu was naturalized on March 12, 2008.

Respectfully submitted,

COLIN M. CHERICO
Assistant U.S. Attorney
Attorney for Respondent
615 Chestnut Street
Philadelphia, PA 19106
215-861-8200

DAVID KAPLAN
Attorney for Plaintiff
Orlow, Kaplan and Hohenstein, LLP
620 Chestnut Street - Suite 656
Philadelphia, PA 19106
215-922-1183

SO APPROVED BY THE COURT

_____ 3/20/08
Honorable Michael M. Baylson
Judge, United States District Court

Fax
cc: Gibson
    Orlow
    Kaplan
    Cherico
    Stevens (mail)